UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00511-MR

| | | |
|---|---|---|
| FAITH SHERRIE STREETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RONALD HARRIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Notice of Deposition on Written Questions. [Doc. 24].

Pro se Plaintiff Faith Sherrie Streeter ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Anson Correctional Institution ("Anson CI") in Polkton, North Carolina. On September 28, 2022, she filed this action pursuant to 42 U.S.C. § 1983. [Doc. 1]. Plaintiff's Complaint survived initial review in accordance with the Court's Order and the Court recently entered its Pretrial Order and Case Management Plan. [Docs. 10, 21].

Plaintiff has now filed a Notice of Deposition on Written Questions with the Court. [Doc. 24]. This filing is improper and will be stricken from the record in this matter. As Plaintiff was expressly advised in the Order of

Instructions, discovery requests are not filed with the Court. [Doc. 4]. They should only be served on the opposing party. Moreover, a pro se plaintiff cannot serve documents on an opposing party by filing them with the Court.

**Plaintiff is cautioned to review the Order of Instructions, the Local Rules of this Court, and the Federal Rules of Civil Procedure before filing documents with this Court. Any future improper filings may be summarily dismissed and/or stricken from the record.**

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Notice of Deposition on Written Questions [Doc. 24] is **STRICKEN** from the record in this matter.

**IT IS SO ORDERED**.

Signed: April 16, 2023

Martin Reidinger
Chief United States District Judge