# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:22-cv-00511-MR

| | |
|---|---|
| FAITH SHERRIE STREETER, ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| RONALD HARRIS, et al., ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Entry of Default Judgement. [Doc. 30].

Pro se Plaintiff Faith Sherrie Streeter ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at the NC Correctional Institution for Women in Raleigh, North Carolina. On September 28, 2022, she filed this action pursuant to 42 U.S.C. § 1983. [Doc. 1]. Plaintiff's Complaint survived initial review in accordance with the Court's Order. [Doc. 10]. After the Defendants answered Plaintiff's Complaint, the Court entered its Pretrial Order and Case Management Plan setting the discovery deadline as June 21, 2023. [Docs. 20, 21]. On June 21, 2023, the Court granted Defendants' motion for more time to respond to Plaintiff's discovery requests and sua sponte extended the discovery deadline to August 1, 2023, and the

dispositive motions deadline to August 31, 2023. [6/21/2023 Text Order]. Recently, by Text Order, the Court granted Defendants' motion to extend the dispositive motions deadline to September 28, 2023. [9/1/2023 Text Order; Doc. 28].

Plaintiff now moves for entry of default judgment. [Doc. 30]. As grounds, Plaintiff argues that default judgment should be entered as a sanction for Defendants' failure to answer "Plaintiff's Interrogatories, Plaintiff's Admissions, and Plaintiff's Production of Documents." [Id. at 1]. The Court will deny Plaintiff's motion. Default judgment is not warranted or appropriate under these circumstances. The Court will, however, order Defendants to provide the Court with a status update on their responses to Plaintiff's discovery requests. Defendants shall advise the Court if and when they have responded to each of Plaintiff's discovery requests in this matter.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Entry of Default Judgment [Doc. 30] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants **FILE** a status report within seven (7) days of this Order in accordance with the terms of this Order.

**IT IS SO ORDERED.**

Signed: September 18, 2023

Martin Reidinger
Chief United States District Judge