UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00511-MR

| | |
|---|---|
| FAITH SHERRIE STREETER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RONALD HARRIS, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's letter directed to the Clerk of Court. [Doc. 34].

Pro se Plaintiff Faith Sherrie Streeter ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at the N.C. Correctional Institution in Raleigh, North Carolina. On September 28, 2022, she filed this action pursuant to 42 U.S.C. § 1983. [Doc. 1]. Plaintiff's Complaint survived initial review in accordance with the Court's Order. [Doc. 10]. The discovery deadline in this matter expired on August 1, 2023, and the dispositive motions deadline expired on November 15, 2023. [6/21/2023 & 10/30/2023 Text Orders]. Defendants timely filed a motion for summary judgment and Plaintiff's response is due by December 16, 2023. [Docs. 35, 38].

On November 6, 2023, Plaintiff filed the pending letter directed to the Clerk of Court advising the Clerk that she had not received certain discovery materials or seen the video footage of the incident. [Doc. 34]. This filing is improper and will be stricken from the record in this matter. As Plaintiff was expressly advised in the Order of Instructions, "[l]etters sent to the Clerk of Court or Judge will not be answered. Only Motions will be ruled on by the Court." [Doc. 4 at ¶ 5].

**Plaintiff is again cautioned to review the Order of Instructions, the Local Rules of this Court, and the Federal Rules of Civil Procedure before filing documents with this Court. Any future improper filings may be summarily dismissed and/or stricken from the record.** [See Doc. 25 at 2].

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's letter [Doc. 34] is **STRICKEN** from the record in this matter.

**IT IS SO ORDERED**.

Signed: December 20, 2023

Martin Reidinger
Chief United States District Judge